THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-274-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO EXTEND THE INDICTMENT DEADLINE |
| OSCAR LUNA-CALDERON, | |
| Defendant. | |

THE COURT has considered the stipulated motion to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from November 11, 2016, to December 30, 2016.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to December 30, 2016.

ORDER GRANTING STIPULATED MOTION TO
EXTEND THE INDICTMENT DEADLINE
(*Oscar Luna-Calderon*; CR16-274RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS FURTHER ORDERED that the period of delay from November 11, 2016, to December 30, 2016, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 8th day of November, 2016.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Oscar Luna-Calderon

ORDER GRANTING STIPULATED MOTION TO EXTEND THE INDICTMENT DEADLINE
(*Oscar Luna-Calderon*; CR16-274RSL) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**